# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00105-CV

**Courtney Sukup, Appellant**

**v.**

**Cody Everet Smith, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-FM-15-00878, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Courtney Sukup has filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.2. We grant the motion and dismiss the appeal. *See id.*

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellant's Motion

Filed: July 19, 2016